UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   DENNIS BANKS                                         Case No.: 07-23005


         Debtor(s)
---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/07/2007.

2) This case was confirmed on 04/16/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/02/2009, 07/21/2010.

5) The case was dismissed on 11/10/2010.

6) Number of months from filing to the last payment:  32

7) Number of months case was pending:  39

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $   65,450.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 31,365.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 31,365.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,700.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,180.93 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,880.93 |
| Attorney fees paid and disclosed by debtor | $ 800.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL CAPITAL MGM | SECURED | 13,280.00 | 26,676.50 | 26,676.50 | 15,605.50 | 3,340.07 |
| NATIONAL CAPITAL MGM | UNSECURED | 11,885.00 | NA | NA | .00 | .00 |
| BALABAN FURNITURE | SECURED | 7,000.00 | 8,227.12 | 8,227.12 | 4,928.33 | .00 |
| BALABAN FURNITURE | UNSECURED | 2,496.40 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 22,942.00 | 35,384.75 | 35,384.75 | 1,571.03 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NA | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NA | NA | NA | .00 | .00 |
| CCA | UNSECURED | 228.00 | NA | NA | .00 | .00 |
| CHICAGO MUNICIPAL EM | UNSECURED | 253.00 | NA | NA | .00 | .00 |
| CHICAGO MUNICIPAL EM | UNSECURED | 355.00 | NA | NA | .00 | .00 |
| DRIVE FINANCIAL SVCS | UNSECURED | NA | NA | NA | .00 | .00 |
| EQUILANT FINANCIAL S | OTHER | NA | NA | NA | .00 | .00 |
| FIGIS INC | UNSECURED | 93.00 | NA | NA | .00 | .00 |
| FIGIS INC | UNSECURED | 93.00 | NA | NA | .00 | .00 |
| FIRST BK OF DE CONTI | UNSECURED | 305.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 262.00 | 278.95 | 278.95 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 475.00 | 475.86 | 475.86 | .00 | .00 |
| IC SYSTEMS | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | NA | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| IMAGINE/FBOFD | UNSECURED | NA | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT IN | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,971.00 | 2,000.48 | 2,000.48 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
 ================================================================================
| Scheduled Creditors:                                                           |
|                                                                                |
| Creditor                 Claim        Claim        Claim     Principal    Int. |
|   Name          Class   Scheduled    Asserted     Allowed      Paid       Paid |
|                                                                                |
|JEFFERSON CAPITAL SY  UNSECURED    490.00       490.49       490.49        .00        .00 |
|UNITED BILLING SERVI  UNSECURED         NA           NA           NA        .00        .00 |
|ZENITH ACQUISITION    UNSECURED    490.00           NA           NA        .00        .00 |
|GALWAY FINANCIAL SVC  UNSECURED         NA     1,285.00     1,285.00        .00        .00 |
|JEFFERSON CAPITAL SY  UNSECURED         NA     1,209.07     1,209.07        .00        .00 |
|TANYA BANKS           OTHER             NA           NA           NA        .00        .00 |
|FINGERHUT DIRECT MAR  UNSECURED         NA       450.34       450.34        .00        .00 |
|ECAST SETTLEMENT COR  UNSECURED         NA       276.43       276.43        .00        .00 |
|IL STATE DISBURSEMEN  PRIORITY          NA    23,404.35    23,404.35   1,039.14        .00 |
|FIRST BK OF DE CONTI  UNSECURED         NA           NA           NA        .00        .00 |
 ================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 26,676.50 | 15,605.50 | 3,340.07 |
| All Other Secured | 8,227.12 | 4,928.33 | .00 |
| **TOTAL SECURED:** | 34,903.62 | 20,533.83 | 3,340.07 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 58,789.10 | 2,610.17 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | 58,789.10 | 2,610.17 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 6,466.62 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,880.93 |
| Disbursements to Creditors | $ | 26,484.07 |
| **TOTAL DISBURSEMENTS:** | $ | 31,365.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   02/25/2011                                    /s/ Tom Vaughn
                                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**